## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES TULLIER<br><br>VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION NO. 3:23-cv-00746-EWD<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE ERIN WILDER-DOOMES |

### MOTION FOR RELEASE OF FUNDS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JAMES TULLIER,** who moves this Court to instruct the proceeds of the settlement in the instant case to not include the law firm McClenny, Moseley & Associates as a payee, for the following reasons:

On July 6, 2023, new counsel, Morris Bart, LLC, filed a new suit in the 18th Judicial District Court for the Parish of Point Coupee.

On or about August 17, 2023, defendant filed a Notice of Removal to Federal Court for the aforementioned suit in the 18th Judicial District Court. No claims for funds were made within that time frame, nor were any made thereafter.

On or about April 25, 2024, the parties agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm McClenny, Moseley & Associates has not made a claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, and has not filed any notice or petition for intervention in the record of the Court.

Counsel for the defendant State Farm has advised that Defendant has no objection to this proposed motion.

Accordingly, Plaintiff seeks an Order from this Honorable Court, instructing that the proceeds of the settlement in the instant case NOT include the law firm McClenny, Moseley & Associates as a payee.

RESPECTFULLY SUBMITTED

**MARLIN N. GUSMAN JR (#36196)**
MORRIS BART, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-5348
Email: mgusman@morrisbart.com
*Attorneys for plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES TULLIER** | **CIVIL ACTION NO. 3:23-cv-00746-EWD** |
| **VERSUS** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **JUDGE JOHN W. DEGRAVELLES** |
| | **MAGISTRATE ERIN WILDER-DOOMES** |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this June 18, 2024, filed the foregoing using the Court's ECF system, which will transmit a true and accurate copy upon all counsel of record to this proceeding.

_____
MARLIN N. GUSMAN, JR.