UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES TULLIER** | **CIVIL ACTION NO.** |
| **VERSUS** | **23-746-EWD** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **CONSENT** |

## ORDER AND JUDGMENT OF DISMISSAL

Considering the Joint Motion for Voluntary Dismissal, filed by Plaintiff James Tullier and Defendant State Farm Fire and Casualty Company, in which the parties state that they have reached a settlement of all Plaintiff's claims against Defendant in this matter, such that Plaintiff requests an Order dismissing all of his claims, with prejudice:

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff James Tullier against Defendant State Farm Fire and Casualty Company in this case are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case and **TERMINATE** it from the Court's docket as all claims are resolved.

Signed in Baton Rouge, Louisiana on August 22, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**